FILED
2012 Jan-23 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RAUL DELGADO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   4:11-CV-3405-RDP-RRA |
| | ) |
| JUDGE D. WALKER, et al., | ) |
| | ) |
|     Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 20, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for seeking monetary relief from defendants who are immune from liability. The plaintiff filed objections to the report and recommendation on January 11, 2011.

In his objections, the plaintiff states that he now wants to sue the City of Albertville. In *Monell v. Department of Social Services*, 436 U.S. 658 (1978), the United States Supreme Court held that municipalities and other local bodies could be treated as persons for purposes of a § 1983 action. In addition, the court held that local bodies could be sued directly for constitutional violations caused by "a policy statement, ordinance, regulation, or decision officially adopted and promulgated by that body's officers." *Monell*, 436 U.S. at 694. The plaintiff does not allege any facts to indicate that he suffered the alleged constitutional deprivation due to a policy statement, ordinance, regulation, or decision adopted by the City of Albertville. Wherefore, allowing the plaintiff to amend to add the City of Albertville as a defendant would be futile. The request to amend is DENIED.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the

magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for seeking monetary relief from defendants who are immune.  A Final Judgment will be entered.

DATED this 23rd day of January, 2012.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE